IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br><br>    Defendant.<br>_____/ | No. C-05-4417 MMC<br><br>**ORDER DENYING REQUEST TO AMEND FILING DATE** |

    The Court is in receipt of plaintiff's letter, filed February 14, 2007, by which plaintiff seeks an order directing the Clerk of the Court to change the filing date of plaintiff's Second Amended Complaint from February 13, 2007 to January 29, 2007, the date on which the Court granted plaintiff's motion for leave to file such amended pleading.

    Contrary to plaintiff's assertion, the Clerk was not required to file, as plaintiff's Second Amended Complaint, the Proposed Second Amended Complaint that was attached as an exhibit to plaintiff's motion. Rather, as set forth in the Court's order, it was plaintiff's obligation to file a Second Amended Complaint. (See Order Granting Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint, filed January 29, 2007.)

Accordingly, the request is hereby DENIED.[1]

**IT IS SO ORDERED.**

Dated: February 20, 2007

                                           */s/ Maxine M. Chesney*
                                           MAXINE M. CHESNEY
                                           United States District Judge

---

[1] Although the Court, in this instance, has addressed the request on its merits, plaintiff is hereby advised that the Court will not consider a letter request in the future. All requests for relief must be submitted by motion filed in accordance with the Federal Rules of Civil Procedure and the Civil Local Rules of this District.