**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br><br>    Defendant.<br>_____/ | No. C-05-4417 MMC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SEAL CONFIDENTIAL MATERIALS FILED IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 78) |

      For good cause shown, defendant's motion, filed February 22, 2007, to seal confidential materials filed in support of its motion for summary judgment, is hereby GRANTED.

      The Clerk is hereby directed to detach Exhibit 2 from the Declaration of Jonathon Nicol filed February 9, 2007 in support of defendant's motion for summary judgment, replace that exhibit with a sheet of paper stating "Document Filed Under Seal," and file the exhibit under seal under a separate docket number as of February 9, 2007.

      This order terminates Docket No. 78.

**IT IS SO ORDERED.**

Dated: February 23, 2007

                                                     MAXINE M. CHESNEY
                                                   United States District Judge