1  Angela M. Taylor (State Bar No. 210425)
   JONES DAY
2  3 Park Plaza, Suite 1100
   Irvine, CA 92614
3  Telephone: (949) 851-3939
   Facsimile: (949) 553-7539
4
   Attorneys for Defendant
5  EXPERIAN INFORMATION
   SOLUTIONS, INC.
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | KAMLESH BANGA,              | Case No. C 05-4417 MMC
12 |          Plaintiff,          | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND [PROPOSED] ORDER THEREON**
13 |     v.                       |
14 | EXPERIAN INFORMATION         |
   | SOLUTIONS, INC,              |
15 |          Defendant.          |

LAI-2867037v1

1  WHEREAS, Plaintiff Kamlesh Banga and Defendant Experian Information
2  Solutions, Inc. ("Experian") have reached a resolution of this action:
3  THE PARTIES DO AND HEREBY STIPULATE THAT, pursuant to Rule
4  41(a) of the Federal Rules of Civil Procedure, this matter be dismissed with
5  prejudice in its entirety. Each side shall bear their own attorneys' fees and costs
6  incurred herein.
7  **SO STIPULATED.**

8  Dated: April 23, 2007          KAMLESH BANGA,

10                                 By: /s/ Kamlesh Banga
11                                 Kamlesh Banga
                                   Plaintiff in Pro Per
12

13 Dated: April ___, 2007          JONES DAY,

16                                 By: _____
                                   Angela M. Taylor
17                                 Attorneys for Defendant
                                   EXPERIAN INFORMATION
18                                 SOLUTIONS, INC.

19
   **SO ORDERED.**
20

23
   Dated:
24
                                   UNITED STATES DISTRICT JUDGE

LAI-2867037v1

WHEREAS, Plaintiff Kamlesh Banga and Defendant Experian Information Solutions, Inc. ("Experian") have reached a resolution of this action:

THE PARTIES DO AND HEREBY STIPULATE THAT, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this matter be dismissed with prejudice in its entirety. Each side shall bear their own attorneys' fees and costs incurred herein.

**SO STIPULATED.**

Dated: April ___, 2007

KAMLESH BANGA,

By: _____
Kamlesh Banga

Plaintiff in Pro Per

Dated: April 24, 2007

JONES DAY,

By: _____
Angela M. Taylor

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**SO ORDERED.**

Dated: April 25, 2007

_____
UNITED STATES DISTRICT JUDGE

LAI-2867037v1